# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130220

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEANDRE DESHAUN KNIGHT,
      Defendant-Appellant.

SC: 130220
COA: 255259
Wayne CC: 03-011173-01

_____/

      On order of the Court, the application for leave to appeal the November 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

d0424

_____
Clerk